■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERT ROSA-SANCHEZ, Appellant. [700 NYS2d 906] —Judgment unanimously affirmed. Memorandum: County Court did not abuse its discretion in denying the motion of defendant to vacate his plea of guilty. Defendant's plea was knowingly, voluntarily and intelligently entered (*see, People v McLean,* 249 AD2d 981; *People v Ortiz,* 227 AD2d 902), and the contention of defendant that he did not communicate well with the interpreter is not supported by the record (*see, People v Martes,* 154 AD2d 946, *lv denied* 75 NY2d 870). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Oneida County Court, Donalty, J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Green, J. P., Lawton, Wisner, Scudder and Balio, JJ.